**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HUERTA GONZALEZ, Gerardo** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **JAMISON, J.L., Warden, Federal Detention** | : | |
| **Center, Philadelphia, et al.,** | : | |
| | : | |
| | : | **No. 26-3554** |
| | : | |
| Respondents. | : | |

AND NOW, this 15th day of June. 2026, following the Notice of Compliance filed by the Government at ECF 6, it is hereby **ORDERED** that the motion to expedite at ECF 4 is **DENIED AS MOOT** and the Clerk of Courts is directed to **CLOSE THIS MATTER**.

BY THE COURT:

_____
Hon. Mia R. Perez